USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2020



**Phone:** (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

January 29, 2020

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Jon R. Morgan v. Prada USA Corp.*, Case No. 1:19-cv-11720-LGS

*Application GRANTED in part. The initial conference currently scheduled for February 25, 2020, is adjourned to March 17, 2020. Similarly, the deadline for Defendant to respond to the Complaint is hereby extended from February 10, 2020, to March 17, 2020. The parties are reminded that all aspects of the January 10, 2020, scheduling order (Dkt. No. 6) still apply. SO ORDERED.*

*Dated: January 29, 2020*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

To the Hon. Judge Schofield,

     We represent Plaintiff Jon R. Morgan ("Plaintiff") in the above-referenced action. Pursuant to Rule 1(B) of Your Honor's Individual Practices, we write jointly with Defense counsel to respectfully request that the Court stay all deadlines including the Initial Conference currently scheduled February 25, 2020 for 45 days, from January 29, 2020 to March 12, 2020, to allow the parties to finalize discussions to affect the voluntary dismissal of all claims asserted in the action. Once finalized, the parties will file a Stipulation of Voluntary Dismissal with the Court.

     Respectfully submitted,

     */s/ Jonathan Shalom*
     Jonathan Shalom, Esq.
     *Attorneys for Plaintiff*