USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JON R. MORGAN, on behalf of himself and all others similarly situated,

            Plaintiffs,

- against -

PRADA USA, CORP.,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No.: 1:19-cv-11720-LGS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date:  February  24 , 2020

_____
Jonathan Shalom, Esq.
**SHALOM LAW, PLLC**
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel: (718) 971-9474
Fax: (718) 865-0943
E-mail: Jshalom@JonathanShalomLaw.com

*Attorneys for Plaintiff*

_____
Joshua A. Stein, Esq.
Shira Blank, Esq.
**EPSTEIN, BECKER & GREEN, P.C.**
875 Third Avenue
New York, New York 10022
Tel: (212) 351-4500
Fax:   (212) 878-8600
E-mail:  jstein@ebglaw.com

*Attorneys for Defendant*

Date:  February 25, 2020

The Court construes this Stipulation of Dismissal with Prejudice as a Stipulation of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**